**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joseph H. Boggs,                                                      Civil No. 11-1915 (RHK/JJG)

         Plaintiff,                                              **DISQUALIFICATION AND**
                                                                                        **ORDER FOR REASSIGNMENT**
vs.

SmithKline Beecham Corporation,
d/b/a GlaxoSmithKline,

         Defendant.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  July 15, 2011

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge